No. 85–6756. HITCHCOCK *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Mo-

tion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Questions I, II, and IV presented by the petition.